November 15, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

HAROLD MASON, Appellant

NO. 14-11-00493-CV                    V.

TERRANCE SMALLWOOD, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on May 11, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by HAROLD MASON.

We further order this decision certified below for observance.